UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| BERNARD WEATHERSBEE | : | CASE NO. 1:20-cv-01423 |
| | : | |
| Petitioner, | : | OPINION & ORDER |
| | : | [Resolving Doc. 4] |
| vs. | : | |
| | : | |
| DAVID GRAY, | : | |
| | : | |
| Respondent. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 29, 2020, Petitioner Weathersbee petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On July 16, 2020, Weathersbee moved to transfer the case to the Southern District of Ohio.[2]

Petitioner Weathersbee says that his petition should be transferred because the jurisdiction in Southern District of Ohio is proper.[3] In support of transfer he cites 18 U.S.C. § 3237 and this Court's recent transfer order in *Jones v. Dewine*, a § 1983 case.[4] Neither the statute or the cited case concern jurisdiction over a state prisoner's habeas action, so neither is applicable here.

When a state prisoner files a habeas action under § 2254 in a state that has more than one federal district court, the district in which he is in custody and the district within which his state-court of conviction resides share concurrent jurisdiction.[5] Here, Petitioner

---

[1] Doc. 1.
[2] Doc. 4.
[3] *Id.* at 2.
[4] *Id.* (citing *Jones v. Dewine*, No. 5:20-cv-00981-JG (N.D. Ohio June 29, 2020), ECF No. 4).
[5] *Turner v. Miller*, No. 5:16 CV 425, 2016 WL 6496282, at *2 (N.D. Ohio Oct. 4, 2016) (citing *Rumsfeld v.*

Case No. 1:20-cv-01423
Gwin, J.

was convicted in the Trumbull County Court of Common Pleas.[6] Trumbull County is within the Northern District of Ohio.[7] Therefore, the Northern District of Ohio may exercise jurisdiction over Weathersbee's habeas petition.

For the foregoing reasons, the Court **DENIES** Petitioner's motion to transfer.

IT IS SO ORDERED.

Dated: July 23, 2020                 *s/ James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE

---

*Padilla*, 542 U.S. 426, 443, 447 (2004)).
[6] Doc. 1 at 1.
[7] *See Counties Served by Division*, United States District Court, Northern District of Ohio, https://www.ohnd.uscourts.gov/counties-served-division (last visited July 23, 2020).